UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| Aaron William Johnson | * | Civil Action No. 07-157 |
| versus | * | Judge Tucker L. Melançon |
| Burl Cain, Warden | * | Magistrate Judge Methvin |

### JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. After an independent review of the record, including the objections filed by petitioner, the Court concludes that the findings and recommendation of the magistrate judge are correct under the applicable law and therefore adopts the conclusions set forth therein. It is therefore,

**ORDERED** that plaintiff's second and successive Application for Writ of *Habeas Corpus* be and is transferred to the United States Court of Appeals for the Fifth Circuit in accordance with 28 U.S.C. sec. 2244(b)(3) for further proceedings by that Court.

Thus done and signed this 3rd day of April, 2007, at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE